| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Krumm, Ross W. | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>10/09/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge Active Recalled 07/31/11 to 08/01/12 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>08/01/2012 |
| 7. Chambers or Office Address<br><br>116 North Main Street<br>Harrisonburg, VA 22802 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust #2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krumm, Ross W. | 10/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krumm, Ross W. | 10/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krumm, Ross W. | 10/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 01/31/12 | J | | |
| 3. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 02/28/12 | J | | |
| 4. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 03/21/12 | J | | |
| 5. -Ameriprise Cash | A | Interest | K | T | Buy (add'l) | 03/29/12 | K | | |
| 6. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 04/18/12 | J | | |
| 7. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 05/25/12 | J | | |
| 8. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 06/19/12 | J | | |
| 9. -Ameriprise Cash | A | Interest | J | T | Buy (add'l) | 07/07/12 | J | | |
| 10. -Ameriprise Cash | A | Interest | J | T | Sold (part) | 02/28/12 | J | | |
| 11. -Ameriprise Cash | A | Interest | J | T | Sold (part) | 05/25/12 | J | | |
| 12. -Ameriprise Cash | A | Interest | K | T | Sold (part) | 05/31/12 | J | | |
| 13. -Ameriprise Cash | A | Interest | J | T | Sold (part) | 06/20/12 | J | | |
| 14. -Franklin Income Fund (FKINX) | A | Int./Div. | J | T | Buy (add'l) | 03/02/12 | J | | |
| 15. -Franklin Income Fund (FKINX) | A | Int./Div. | J | T | Buy (add'l) | 05/29/12 | J | | |
| 16. -Franklin Moderate Alloc Fund (FMTIX) | A | Int./Div. | K | T | Buy | 06/04/12 | K | | |
| 17. -Franklin Moderate Alloc Fund (FMTIX) | A | Int./Div. | K | T | Buy (add'l) | 06/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krumm, Ross W. | 10/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Weitz Short Term Income Fund (WEFIX) | A | Int./Div. | J | T | Buy (add'l) | 06/21/12 | J | | |
| 19. Trust #2 | B | Interest | | | Closed | 03/31/12 | K | | |
| 20. -Merrill Lynch Single Premium Life: Cash Value | | | | | Matured | 01/09/12 | K | | |
| 21. IRA # 1 | | | | | | | | | |
| 22. -Ameriprise Insd Money Mrkt Acct | A | Interest | J | T | | | | | |
| 23. -Hartford Div & Growth (IHGIX) | A | Int./Div. | J | T | | | | | |
| 24. -Ivy Mid Cap Growth (WMGAX) | A | Dividend | J | T | | | | | |
| 25. -Templeton Foreign (TEMFX) | A | Dividend | J | T | | | | | |
| 26. -Fidelity Adv S/Cap Value (FCVAX) | A | Dividend | J | T | | | | | |
| 27. -Col Acorn Intl (LAIAX) | A | Dividend | J | T | | | | | |
| 28. -Mgrs Bond (MGFIX) | A | Interest | J | T | | | | | |
| 29. -Ivy Limited Terrm Bond (WLTAX) | A | Interest | J | T | | | | | |
| 30. -Oppenheimer Intl Bond (OIBAX) | A | Interest | J | T | | | | | |
| 31. -American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 32. Merck | A | Dividend | K | T | | | | | |
| 33. -Pimco Incm CL D | A | Dividend | J | T | Sold (part) | 12/16/11 | J | | |
| 34. -Ameriprise Insd Money Market Acct | A | Interest | J | T | Buy (add'l) | 12/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ameriprise Insd Money Market Acct | A | Interest | J | T | Sold (part) | 03/06/12 | J | | |
| 36. -Corporate Property Assoc. No. 17 | A | Dividend | J | T | Buy (add'l) | 03/07/12 | J | | |
| 37. IRA #2 | | | | | | | | | |
| 38. -Ameriprise Insd Money Mrkt Acct | A | Interest | J | T | | | | | |
| 39. -Charles Schwab Bank | A | Interest | | | Sold | 07/31/11 | J | | |
| 40. -Ameriprise Insd Money Mrkt Fund | A | Interest | J | T | Buy (add'l) | 07/31/12 | J | | |
| 41. -Franklin Sm-Mid Cap Grw (FRSGX) | A | Dividend | J | T | | | | | |
| 42. -Franklin Rising Div (FRDPX) | A | Int./Div. | J | T | | | | | |
| 43. -Templeton Foreign (TEMFX) | A | Dividend | J | T | | | | | |
| 44. IRA #3 | | | | | | | | | |
| 45. -Franklin Income Fund (FKINX) | A | Int./Div. | K | T | Buy | 06/04/12 | K | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Krumm, Ross W. | 10/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 19 & 20 reflect the maturity of the life policy and the termination of the trust after disposition of the life insurance proceeds pursuant to the terms of the trust.

2. Lines 32 & 33 constitute an amendment to the 2011 Financial Disclosure Statement to reflect a sale and subsequent purchase.

3. Lines 38 & 39 constitued an amendment to the 2011 Financial Disclosure Statement to reflect a sale and subsequent purchase.

4. In a response to Letter of Inquiry, the Final Disclosure Statement has been amended to include as Line 32 the Merck entry previously omitted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ross W. Krumm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544